1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
11
12  **FIRST HORIZON HOME LOANS,**           )
                                             )   **Case No.: 11-cv-1289-CRB**
13            **Plaintiff,**                )
                                             )   **ORDER**
14        **v.**                            )
                                             )
15  **JIMMY E. ROWE, et al.,**              )
                                             )
16            **Defendants.**               )
                                             )

17   Based on the parties' stipulation, the Court finds that the issues in this case arise
18 predominantly under state law. A district court may decline to exercise supplemental
19 jurisdiction where "the district court has dismissed all claims over which it has original
20 jurisdiction." See 28 U.S.C. § 1367(c)(3); see also Bryant v. Adventist Health System/West, 289
21 F. 3d 1162, 1169 (9th Cir. 2002) (holding where district court grants judgment on federal claims,
22 district court, pursuant to § 1367(c)(3), may properly decline to exercise supplemental
23 jurisdiction over remaining state law claims). Further, a district court may decline to exercise
24 supplemental jurisdiction over claims that "substantially predominate[ ] over the claim or claims
25 over which the district court has original jurisdiction." See 28 U.S.C. § 1367(c)(2). The Court
26 DECLINES to exercise supplemental jurisdiction over the remaining state law claims.
27   Accordingly, the above-titled action is hereby REMANDED to the Superior Court of
28 California, in and for the County of Alameda, and the Clerk is DIRECTED to transfer forthwith

*STIPULATION AND PROPOSED ORDER*
Case No. 11-cv-1289-CRB

1  the instant order, at the following address:

2  Office of the Clerk
   Superior Court of California
3  County of Alameda
   39439 Paseo Padre Parkway
4  Fremont, CA 94538

5  **IT IS SO ORDERED.**

6   Signed: April 7, 2011

7  _____
   CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE



*STIPULATION AND PROPOSED ORDER*
Case No. 11-cv-1289-CRB